**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:12CR124 |
| SHAMUS O'DOHERTY, | ) ) | ORDER |
| Defendant. | ) | |

Upon the Defendant's motion to continue (filing no. 21),

**IT IS ORDERED** that the detention hearing is continued to **May 17, 2012,** at **2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 4th day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge