IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR124 |
| vs. | ) | ORDER |
| CORY BECKSTROM, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Cory Beckstrom (Beckstrom) for discovery and continuance of the pretrial motion deadline (Filing No. 36). Beckstrom alleges he was traffic stopped by officers of the Omaha Police Department (OPD) on March 7 and March 29, 2012, which may have led to the charges in Counts II and III of the Indictment. Beckstrom's counsel asserts he has not been provided with any in cruiser video/audio recordings of these stops. Beckstrom seeks such recordings before filing any pretrial motions. If such recordings exist, Beckstrom would be entitled to view these recordings before framing any pretrial motions.

The motion for discovery and extension of the pretrial motion deadline (Filing No. 36) is granted. The government shall provide Beckstrom with such recordings or provide an explanation why such recordings do not exist or set forth the date when such recordings may have already been produced to the defendant. A certificate of the delivery of such discovery or government's declaration shall be filed **on or before July 20, 2012.** Thereafter, Beckstrom shall have **until August 10, 2012**, in which to file any pretrial motions.

**IT IS SO ORDERED.**

DATED this 13th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge