IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR124 |
| vs. | ) | ORDER |
| CORY BECKSTROM, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Cory Beckstrom (Beckstrom) to modify conditions of release (Filing No. 40). After reviewing the Pretrial Services report, Beckstrom's criminal and substance abuse history, and the substance abuse evaluation submitted in connection with this motion, the motion for release (Filing No. 40) is denied without prejudice. The motion will be subject to reconsideration upon the clearance of the warrant from the Southern District of Iowa.

**IT IS SO ORDERED.**

DATED this 21st day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge