## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR124 |
| vs. | ) | ORDER |
| CORY BECKSTROM, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Cory Beckstrom (Beckstrom) to modify conditions of release (Filing No. 48). After reviewing the Pretrial Services report, Beckstrom's criminal and substance abuse history, and the substance abuse evaluation submitted in connection with this motion, the motion for release (Filing No. 48) is denied without prejudice. The motion will be subject to reconsideration upon the clearance of the warrant from the Southern District of Iowa.

**IT IS SO ORDERED.**

DATED this 27th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge