# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR124 |
| vs. | ) | ORDER |
| CORY BECKSTROM, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Cory Beckstrom (Beckstrom) for a continuance of the suppression hearing (Filing No. 56). The suppression hearing has been continued several times before this motion was filed. The court finds no sufficient basis to further continue the suppression hearing. The motion to continue the suppression hearing (Filing No. 56) is denied. The evidentiary hearing on Beckstrom's motion to suppress (Filing No. 39) will commence at **1:30 p.m. on January 8, 2013**, in Courtroom No. 7. Defendant shall be present for such hearing.

**IT IS SO ORDERED.**

DATED this 3rd day of January, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge